

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 19-CR-55-FMO-25 |
| Aleana Norona DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _February 15_, _2019_, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Eick_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _2/13/19_                _____
U.S. District Judge/Magistrate Judge