FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AREANA NORONA<br><br>    Defendant. | CR 19-55-FMO<br><br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. § 3148(b)):<br>(Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge ~~FMO~~ MAO].

CICK

B.

The court finds there is

(1)

    (A)   ( )   Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)   (X)   Clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)
2    (A)  ( )  Based on the factors set forth in 18 U.S.C. § 3142(g),
3              there is no condition or combination of conditions of
4              release that will assure that the person will not flee or
5              pose a danger to the safety or any other person or the
6              community; or
7    (B)  (X)  The person is unlikely to abide by any condition or
8              combination of conditions of release.
9              and/or, in the event of (1)(A)
10 (3)    ( )  There is probable cause to believe that, while on
11             release, the defendant committed a Federal, State, or
12             local felony, and the presumption that no condition or
13             combination of conditions will assure that the person
14             will not pose a danger to the safety of any other person
15             or the community has not been rebutted.
16                                    or
17 (4)    ( )  The court finds that there are conditions of release that
18             will assure that the defendant will not flee or pose a
19             danger to the safety of any other person or the
20             community, and that the defendant will abide by such
21             conditions. <u>See</u> separate order setting conditions.
22        ( )  It is further ordered that this order is stayed for 72
23             hours in order to allow the Government to seek review
24             from the [assigned district judge] [criminal duty
25             district judge].
26                                    <u>or</u>

2

C.

(X) IT IS ORDERED defendant be detained prior to trial.

DATED: 4/4/19

_____
PAUL L. ABRAMS
U.S. MAGISTRATE/~~DISTRICT~~ JUDGE

[11/04]